MICHAEL R. DUFOUR, ESQ. California Bar No.: 290981
mdufour@swlegalgrp.com
**SOUTHWEST LEGAL GROUP**
22440 CLARENDON STREET, SUITE 200
WOODLAND HILLS, CA 91367
TEL: (818) 591-4300
FACSIMILE: (818) 591-4315

W. CRAFT HUGHES, ESQ. Texas Bar No.: 24046123
craft@hughesellzey.com
JARRETT L. ELLZEY, ESQ. Texas Bar No.: 24040864
jarrett@hughesellzey.com
BRIAN B. KILPATRICK, ESQ. Texas Bar No.: 24074533
brian@hughesellzey.com
**HUGHES ELLZEY, LLP**
(*pro hac vice* admission will be requested)
GALLERIA TOWER I
2700 POST OAK BOULEVARD, SUITE 1120
HOUSTON, TX 77056
TEL: (713) 554-2377
FACSIMILE: (888) 995-3335

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVSION

| | |
|---|---|
| HOLLY FREYJA, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>DUN & BRADSTREET, INC., and DUN & BRADSTREET CREDIBILITY CORP. LLC<br><br>Defendant. | Case No. 2:14-CV-7831-DSF-MRW<br><br>**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT DUN & BRADSTREET CREDIBILITY CORP. LLC WITHOUT PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)** |

1

COMES NOW, HOLLY FREYJA ("Plaintiff"), individually and on behalf of all other persons similarly situated, giving notice of voluntary dismissal of DUN & BRADSTREET CREDIBILITY CORP. LLC ("DBCC") without prejudice, and would show as follows:

1.  Plaintiff filed her complaint on October 8, 2014.

2.  DBCC was served with process on October 15, 2014.

3.  On November 3, 2014, Plaintiff and DBCC filed a Joint Stipulation to Extend DBCC's Time to Respond to the Complaint by 30 days, which the Court granted.

4.  DBCC has neither answered Plaintiff's Complaint, nor has DBCC filed a motion for summary judgment.

5.  Plaintiff has not yet moved to certify this case as a class action under FED. R. CIV. P. 23.

6.  Accordingly, pursuant to FED. R. CIV. P 41(a), DBCC may be dismissed without prejudice and without an Order of the Court.

Dated: November 10, 2014

| **HUGHES ELLZEY, LLP** | **SOUTHWEST LEGAL GROUP** |
|---|---|
| /s/ W. Craft Hughes | By: /s/ Michael R. Dufour |
| W. Craft Hughes, Esq. | Michael R. Dufour, Esq. |
| *Attorney-in-Charge* | Attorney for Plaintiff |
| Texas Bar No. 24046123 | California Bar No. 290981 |
| E-Mail: craft@hughesellzey.com | michaeldufour1@gmail.com |
| ATTORNEYS FOR PLAINTIFF AND THE PROPOSED CLASS *(Admitted Pro Hac Vice)* | |