**JS 6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| HOLLY FREYJA, | ) | Case No.: CV 14-7831 DSF (MRWx) |
| Plaintiff, | ) | |
| v. | ) | JUDGMENT |
| DUN & BRADSTREET, INC., | ) | |
| Defendant. | ) | |
| _____ | ) | |

The Court having granted summary judgment in favor of defendant,

IT IS ORDERED AND ADJUDGED that the plaintiff take nothing, that the action be dismissed with prejudice, and that defendant recover its costs of suit pursuant to a bill of costs filed in accordance with 28 U.S.C. § 1920.

Dated: _____  10/19/15

_____
Dale S. Fischer
United States District Judge